**In re HAR–DWAY HOUSE STATUARY, INC., Bankruptcy.**

**Civ. No. 77–812 C (2).**

United States District Court,
E. D. Missouri, E. D.

Sept. 13, 1977.

---

Richard H. Edwards, Clayton, Mo., for appellant.

Curtis L. Mann, Trustee, Donald R. Wilson, Atty. for Tr., Clayton, Mo., for appellee.

## MEMORANDUM

WANGELIN, District Judge.

This is an appeal from a decision of the Bankruptcy Court. The trustee, appellee here, has moved to dismiss the appeal for failure to prosecute. Appellant filed a timely notice of appeal in the Bankruptcy Court pursuant to Rule 801 of the Rules of Bankruptcy Procedure. A designation of record was filed and the Bankruptcy Court transmitted it to this Court on July 27,

---

7. See *Berkman v. Sinclair Oil Corp.,* 59 F.R.D. 602 (N.D.Ill.1973). *Cf. Ungar v. Dunkin' Do-* *nuts of America, Inc.,* 531 F.2d 1211 (3d Cir. 1976).

1977. The appeal was docketed that same day.

Rule 808 of the Rules of Bankruptcy Procedure provides in part:

Unless a local rule or court order excuses the filing of briefs or provides for different time limits:

(1) the appellant shall serve and file his brief within 15 days after entry of the appeal on the docket . . . .

Appellant has not filed a brief, requested on extension of time to file a brief, or even replied to appellee's motion to dismiss. Under these circumstances the appeal will be dismissed for failure to prosecute. *Cf. Jackson v. Hensley,* 484 F.2d 992 (5th Cir. 1973); *Childs v. Kaplan,* 467 F.2d 628, 629 (8th Cir. 1972).